IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID GONZALES, | ) | 8:09CV204 |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the court's Memorandum and Order entered this date,

IT IS ORDERED that the petition for writ of habeas corpus filed by David Gonzales is dismissed with prejudice.

February 12, 2010.   BY THE COURT:

*Richard G. Kopf*
United States District Judge